UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:14-cv-62901-JIC

MATTHEW J. HOPPE,

    Plaintiff,

v.

HOLLYWOOD TOWERS CONDOMINIUM
ASSOCIATION, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, MATTHEW J. HOPPE, and Defendant, HOLLYWOOD TOWERS CONDOMINIUM ASSOCIATION, INC., pursuant to Federal Rule of Procedure 41(1)(A)(ii), hereby jointly stipulate to dismissal of this matter with prejudice, as follows:

1. The Parties have reached an amicable resolution of this case.

2. Plaintiff and Defendant hereby jointly stipulate to dismissal of this matter, with prejudice, and with each party to bear its own attorney's fees and costs.

3. Pursuant to their terms of the settlement, Plaintiff and Defendant respectfully request that this Court retain jurisdiction over the case for the sole purpose of enforcing the settlement agreement entered into between them.

DATED: This **22nd** day of **July,** 2015.

Respectfully submitted,

| | |
|---|---|
| */s/ Nolan K. Klein* | */s/ K. Scott Dwyer* |
| **Nolan K. Klein, Esquire** | **K. Scott Dwyer, Esquire** |
| Fla. Bar No. 647977 | Fla. Bar No. 0291854 |
| LAW OFFICES OF NOLAN KLEIN, P.A. | **Timothy West, Esquire** |
| Wells Fargo Tower – Suite 1500 | Fla. Bar No. 107116 |
| One East Broward Blvd. | **Ramy P. Elmasri, Esquire** |
| Fort Lauderdale, FL 33301 | Fla. Bar No. 0083370 |
| PH:   (954) 745-0588 | Vernis & Bowling of Miami, P.A. |
| klein@nklegal.com | 1680 N.E. 135th Street |
| amy@nklegal.com | Miami, FL 33181 |
| | PH:     (305) 895-3035 |
| | FAX:   (305) 892-1260 |
| | ksdwyer@florida-law.com |
| | twest@florida-law.com |
| | relmasri@florida-law.com |
| | dhorn@florida-law.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **22nd** day of **July,** 2015.

By:  */s/ Nolan K. Klein*
NOLAN K. KLEIN
Florida Bar No. 647977