UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62901-CIV-COHN/SELTZER

MATTHEW J. HOPPE,

    Plaintiff,

v.

HOLLYWOOD TOWERS CONDOMINIUM
ASSOCIATION, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Stipulation of Dismissal with Prejudice [DE 23] ("Stipulation").  The Court having carefully reviewed the Stipulation, and being informed that the parties have settled this action, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITH PREJUDICE**;

2. Each party shall bear its own attorney's fees and costs;

3. The court retains jurisdiction to enforce the terms of the settlement reached between the parties; and

4. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of July, 2015.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF